ALBANY,
October, 1823.

ROSEKRANS
v
HUGHSON.

*Leland*, contra, cited 14 *East*, 537, 2 *Sell. Pr.* 55, 198, 1 *Wils.* 98, 9 *John.* 392, and 11 *id.* 194.

---

ROSEKRANS *against* HUGHSON.

STRONG *against* THE SAME.

KELLEY *against* THE SAME.

Where land is sold upon a *fi fa* pursuant to the act, in addition to the act concerning judgments and executions, the several junior creditors, coming to redeem, do not take preference according to the time of redemption, but according to the priority of their respective *liens.*

JUDGMENT, for the plaintiff, in the first cause, was for $1339,08, and was docketed on the 28*th Jan.* 1822—in the second, for $247,37, docketed on the 6*th June,* 1823—in the last, for $291,70, docketed on the 14*th May,* 1823. Under a *fi. fa.* on the first judgment, *Hughson's* lands were sold to *Rosekrans,* the plaintiff, in that judgment,

Accordingly, where A redeemed from the purchaser; B who had a judgment older than A's, was afterwards allowed to redeem, upon paying to the sheriff the original purchase money and interest, without also paying A's judgment.

on the 24*th* of *June,*1822, by the Sheriff of *Orange. Strong,* the plaintiff in the second cause, redeemed on the 17*th Ju-ly*, 1823 ; and on the 10*th Sept.* 1823, *Kelley,* the plaintiff in the last cause came to the Sheriff and offered to redeem under his judgment, offering to pay the purchase money only, with the interest, as required by the act ; and now,

*Oakley,* at the request, and in behalf of the Sheriff, and

*N. P. Tallmadge,* in behalf of Mr. *Kelley,* submitted the question to the Court, to whom the deed should be given ? And the only question was, whether *Kelley* was bound to pay *Strong's* judgment, or was entitled to a deed of conveyance, on paying what he had offered.

*Curia. Kelley* is entitled to his deed, upon paying the purchase money only, with the interest required by the act. He need not pay *Strong's* judgment.

NOTE. No rule was entered, but the *Chief Justice* returned the case submitted, to Mr. *Oakley,* who being present, and hearing the opinion of the Court, engaged to communicate it to the Sheriff.